# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2007

Clifford W. Taylor,
Chief Justice

132648
& (63)
(64)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FREDIE STOKES,
   Plaintiff-Appellee,

v

             SC: 132648
             COA: 268544
             WCAC: 02-000388

DAIMLERCHRYSLER CORPORATION,
   Defendant-Appellant.

_____/

   On order of the Court, the motions for leave to file a brief amicus curiae are GRANTED. The application for leave to appeal the October 26, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the burden-shifting analysis described in the Court of Appeals opinion in this case relieved the plaintiff of the burden of proving that he was disabled from all jobs within his qualifications and training, as required by *Sington v Chrysler Corp*, 467 Mich 144 (2002). The parties shall file supplemental briefs addressing this issue within 56 days of the date of this order, but they should not submit mere restatements of the arguments made in their application papers.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2007

_____
Clerk

l0410